IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON MEYERS,

     Petitioner,               No. 2:12-cv-0958 GEB JFM P

     vs.

WARDEN OF CENTINELA STATE PRISON,

     Respondent.            <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 6, 2012, respondents filed a motion to dismiss the petition on the ground that petitioner has not exhausted state court remedies for three of the four claims contained therein. Petitioner has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

/////

1

Petitioner is hereby informed that failure to file either an opposition to the motion or a statement of non-opposition may result in a recommendation that this action be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

In accordance with the above, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a statement of non-opposition. Failure to comply with this order may result in the dismissal of this action without prejudice pursuant Federal Rule of Civil Procedure 41(b).

DATED: July 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
meye0958.46osc